

U.S. Department of Justice

Antitrust Division

---

*950 Pennsylvania Avenue NW*
*Room 3109*
*Washington, DC 20530*
*(202) 353-4651*

October 4, 2005

**<u>BY ELECTRONIC FILING</u>**

The Hon. Nancy Mayer-Whittington, Clerk
attn: Civil Filings Clerk
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

      Re:    **United States v. Sacane, 1:05-cv-01897-PLF**

Dear Ms. Mayer-Whittington:

      Enclosed for filing, please find an address correction form for Thomas O. Barnett. His appearance has already been noted in this case. Mr. Barnett is the Acting Assistant Attorney General of the Antitrust Division, U.S. Department of Justice, and therefore qualifies as a government attorney for purpose of this form. I have not filled in the information above the black line (including the "Government" attorney box) on this form or below the "Comments" line, as I understand that is done by your office.

      Thank you and please call me at (202) 353-4651 if you have any questions.

      Sincerely,

      James J. O'Connell, Jr.
      Counsel to the Assistant Attorney General

Enclosure

CO-1509 (Rev. 1/94)

# ATTORNEY ADDRESS CORRECTION REQUEST

| UNIT REPRESENTATIVE: | ATTORNEY (PRO SE) FIX SPECIALIST: |
|---|---|
| ☐ Add Attorney and address to system | ☐ Pro Se moved to new address |
| **SYSTEMS OFFICE:** | ☐ Attorney moved to new address |
| ☐ Firm moved to new address   ☐ Verified | ☐ Attorney has multiple addresses |
| ☐ Address correction/modification | **ATTORNEY ADMISSION OFFICE:** |
| ☐ Person Name change/correction | ☐ Create flag: |
| ☐ Firm Name change/correction | ☐ Government   ☐ Gvt Not Certified   ☐ RTC Attorney |
| ☐ Create Flag:  ☐ Pro Bono   ☐ Pro Hac Vice | ☐ Attorney listed with "provisional" flag |
| ☐ Other:_____ | ☐ Attorney listed with "incomplete" flag |

Case No.: 1:05-CV-01897-PLF          ☒ Attorney          ☐ Pro Se

Bar ID No.: DC 426840                 Prisoner ID No.:_____

Name: Thomas O. Barnett

**OLD ADDRESS:**

Office: Covington & Burling

Unit:_____

Address: 1201 Pennsylvania Avenu, NW

City: Washington          State: DC          Zip: 20004

Telephone:_____

**NEW ADDRESS:**

Office: Antitrust Division, Room 3109

Unit:_____

Address: U.S. Department of Justice

950 Pennsylvania Avenue, NW

City: Washington          State: DC          Zip: 20530

Telephone: 202-514-2401

COMMENTS:_____

DATE:_____          Deputy Clerk:_____